# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

| | | |
|---|---|---|
| CARMEN FORTUNA, | ) | CASE No. _____ |
| | ) | |
| Plaintiff, | ) | JUDGE _____ |
| | ) | |
| v. | ) | |
| | ) | |
| HOBART CORPORATION, et al., | ) | **NOTICE OF REMOVAL** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Defendant ITW Food Equipment Group LLC ("ITW FEG"), incorrectly named in the Complaint as Hobart Corporation, hereby gives notice of the removal of a civil action, Docket No. L-100-10, from the Superior Court of New Jersey, Law Division, Passaic County (the "State Action") to the United States District Court for the District of New Jersey, Newark Division. Removal of this action to this Court is proper under 28 U.S.C. §§1446 and 1441(a) for the reasons set forth below:

1. On or about July 12, 2010, ITW FEG received a copy of the Summons, filed in the State Action on or about July 6, 2010, and the Civil Case Information Statement and Complaint, filed in the State Action on or about December 29, 2009, directed to Hobart Corporation. The receipt of the Summons, Civil Case Information Statement, and Complaint was ITW FEG's first notice of the lawsuit. (A copy of the documents filed in the State Action is attached as Exhibit A). This Notice of Removal is timely filed, within 30 days of ITW FEG's first receipt of the Summons, Civil Case Information Statement, and Complaint.

2. The State Action is a civil action over which this Court has original diversity jurisdiction under 28 U.S.C. §1332(a) for the following reasons:

(a) Plaintiff Carmen Fortuna is a resident of the State of New Jersey.

(b) ITW FEG is, and was at all relevant times, a Delaware limited liability company. ITW FEG has two members: FEG Investments LLC and PT2 Holdings, Inc. The first member of ITW FEG, FEG Investments LLC, has one member: Hobart Corporation. Hobart Corporation is, and was at all relevant times, a Delaware corporation with its principal place of business in Ohio. Therefore, Hobart Corporation is a citizen of Delaware and Ohio. 28 U.S.C. §1332(c)(1). Accordingly, FEG Investments LLC is, and was at all relevant times, a citizen of Delaware and Ohio. *Belleville Catering Co. v. Champaign Mkt. Place*, 350 F.3d 691, 692 (7th Cir. 2003) (holding limited liability companies are citizens of every state of which any member is a citizen); *see also C.T. Carden v. Arkoma Assoc.*, 494 U.S. 185, 195-96 (1990) (holding diversity jurisdiction in a suit by or against an entity other than a corporation depends on the citizenship of all the members). The second member of ITW FEG, PT2 Holdings, Inc., is, and was at all relevant times, a Delaware corporation with its principal place of business in Delaware. Therefore, PT2 Holdings, Inc. is a citizen of Delaware. 28 U.S.C. §1332(c)(1). Because the only two members of ITW FEG are citizens of Delaware and Ohio, ITW FEG is a citizen of Delaware and Ohio.

(c) Upon information and belief based upon the allegations in the Complaint, the matter in controversy now exceeds, and exceeded when the State Action was commenced, the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs. Plaintiff has pled that she suffered "serious personal injuries" that are "permanent in nature" and that she has undergone surgery and will require further expenses, including medical treatment.

Upon information and belief, based on the nature of the injuries alleged and Plaintiff's claims in the State Action for compensatory damages, the amount in controversy exceeds the sum of $75,000.00.

3. Removal to this Court is proper as this District includes the County where the State Action is pending.

4. By filing this Notice of Removal, ITW FEG does not intend to waive, and hereby reserves, any objections as to service, personal jurisdiction, and all other defenses.

5. Written Notice of this Notice of Removal will be served on Plaintiff and filed with the Superior Court of New Jersey, Law Division, Passaic County pursuant to the requirements of 28 U.S.C. 1446(d).

WHEREFORE, this action is removed from the Superior Court of New Jersey, Law Division, Passaic County to the United States District Court for the District of New Jersey, Newark Division.

SCHNADER HARRISON SEGAL & LEWIS LLP

Carl J. Schaerf
140 Broadway, Suite 3100
New York, New York 10005
Phone: (212) 973-8000
Fax: (212) 973-8005
cschaerf@schnader.com

*Attorney for Defendant*
*ITW Food Equipment Group LLC*

Case 2:13-cv-04096-DRD-MAS Document 66 Filed 05/10/13 Page 4 Page 84 PageID: 70991 4

Exhibit A

RECEIVED
JUL 12 2010

| | |
|---|---|
| Attorney(s) Scott K. Seelagy, Esq. | **Superior Court of New Jersey** |
| Office Address 1 Sir Arthurs Court | |
| P.O. Box 1526 | |
| Town, State, Zip Code Sparta, NJ 07871 | Passaic COUNTY |
| Telephone Number (973) 726-0059 | LAW DIVISION |
| Attorney(s) for Plaintiff | Docket No: PAS-L-100-10 |

CARMEN FORTUNA
    Plaintiff(s)

Vs.

HOBART CORP., ABC CORP. (1-10) said name ABC CO. being fictitious, and JOHN DOES (1-10), being fictitious.
    Defendant(s)

**CIVIL ACTION SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

    The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135 and completed Case Information Statement) if you want the court to hear your defense.

    If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

    If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: 7-6-10

*Jennifer M. Perez*
Jennifer M. Perez,
Acting Clerk of the Superior Court

Name of Defendant to Be Served: Hobart Corp.

Address of Defendant to Be Served: 71 South Ridge Avenue, Troy, Ohio 45374

NOTE: The Case Information Statement is available at http://www.njcourtsonline.com

Revised 7/1/2008, CN 10792                          page 1 of 4

## DIRECTORY OF SUPERIOR COURT DEPUTY CLERK'S OFFICES
## COUNTY LAWYER REFERRAL AND LEGAL SERVICES OFFICES

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(800) 496-4570

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice
1st Fl., Suite 150
101 South 5th Street
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street
P.O. Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

| | |
|---|---|
| **GLOUCESTER COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Case Management Office<br>Attn: Intake<br>First Fl., Court House<br>1 North Broad Street<br>Woodbury, NJ 08096 | LAWYER REFERRAL<br>(856) 848-4589<br>LEGAL SERVICES<br>(856) 848-5360 |
| **HUDSON COUNTY:**<br>Deputy Clerk of the Superior Court<br>Superior Court, Civil Records Dept.<br>Brennan Court House--1st Floor<br>583 Newark Ave.<br>Jersey City, NJ 07306 | LAWYER REFERRAL<br>(201) 798-2727<br>LEGAL SERVICES<br>(201) 792-6363 |
| **HUNTERDON COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division<br>65 Park Avenue<br>Flemington, NJ 08822 | LAWYER REFERRAL<br>(908) 735-2611<br>LEGAL SERVICES<br>(908) 782-7979 |
| **MERCER COUNTY:**<br>Deputy Clerk of the Superior Court<br>Local Filing Office, Courthouse<br>175 S. Broad Street, P.O. Box 8068<br>Trenton, NJ 08650 | LAWYER REFERRAL<br>(609) 585-6200<br>LEGAL SERVICES<br>(609) 695-6249 |
| **MIDDLESEX COUNTY:**<br>Deputy Clerk of the Superior Court,<br>Middlesex Vicinage<br>2nd Floor - Tower<br>56 Paterson Street, P.O. Box 2633<br>New Brunswick, NJ 08903-2633 | LAWYER REFERRAL<br>(732) 828-0053<br>LEGAL SERVICES<br>(732) 249-7600 |
| **MONMOUTH COUNTY:**<br>Deputy Clerk of the Superior Court<br>Court House<br>P.O. Box 1269<br>Freehold, NJ 07728-1269 | LAWYER REFERRAL<br>(732) 431-5544<br>LEGAL SERVICES<br>(732) 866-0020 |
| **MORRIS COUNTY:**<br>Morris County Courthouse<br>Civil Division<br>Washington and Court Streets<br>P. O. Box 910<br>Morristown, NJ 07963-0910 | LAWYER REFERRAL<br>(973) 267-5882<br>LEGAL SERVICES<br>(973) 285-6911 |
| **OCEAN COUNTY:**<br>Deputy Clerk of the Superior Court<br>118 Washington Street, Room 121<br>P.O. Box 2191<br>Toms River, NJ 08754-2191 | LAWYER REFERRAL<br>(732) 240-3666<br>LEGAL SERVICES<br>(732) 341-2727 |

page 3 of 4

Revised 7/1/2008, CN 10792
Revised 07/2009, CN 10153-English (Directory of Superior Court Deputy Clerk's Offices County Lawyer Referral and Legal Services)

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
Attn: Civil Case Management Office
92 Market Street
Salem, NJ 08079

LAWYER REFERRAL
(856) 678-8363
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000
40 North Bridge Street
Somerville, N.J. 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(908) 475-2010

SCOTT K. SEELAGY, ESQ.
Attorney at Law
1 Sir Arthurs Court
Sparta, New Jersey 07871
(973) 726-0059
Attorney(s) for Plaintiff
Carmen Fortuna

RECEIVED
JUL 12 2010

RECEIVED and FILED
SUPERIOR COURT OF NEW JERSEY

DEC 29 2009

PASSAIC COUNTY

CARMEN FORTUNA,

Plaintiff,

v.

HOBART CORP., ABC CORP (1-10), said name ABC CORP (1-10). being fictitious and JOHN DOES (1-10), said name JOHN DOES (1-10) being fictitious, jointly and severally,

Defendants.

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION : PASSAIC COUNTY
DOCKET NO.: L-100-10

Civil Action

COMPLAINT AND JURY DEMAND

Plaintiff Carmen Fortuna, residing at 260 Gregory Avenue, Apartment B1, Passaic, Passaic County, New Jersey, by way of Complaint against defendants Hobart Corp., ABC Corp (1-10), said name ABC Corp. (1-10) being fictitious, and John Does (1-10), said name John Does (1-10) being fictitious, says:

### FIRST COUNT

1. At all times relevant hereto, defendant Hobart Corp., having a place of business at 71 South Ridge Avenue, Troy, Ohio, was and is a corporation engaged in the business of designing, manufacturing, fabricating, assembling, selling and distributing food processing equipment, including slicing machines, in and about the United States of America, including New Jersey.

2. At all times relevant hereto, defendant ABC Corp (1-10) said name ABC Corp. (1-10) being fictitious, was and is a corporation or other form of entity engaged in the business of designing, manufacturing, fabricating, assembling, selling and distributing food processing equipment, including slicing machines, in and about the United States of America, including New Jersey.

3.  At all times relevant hereto, defendants Hobart Corp. and ABC Corp (1-10) said name ABC Corp. (1-10) being fictitious, designed, manufactured, fabricated, assembled, inspected, sold and/or distributed a slicing machine, model no. and bearing serial no., which the defendants distributed into the stream of commerce in New Jersey.

4.  At all times relevant hereto, plaintiff Carmen Fortuna was employed as a food service worker with the Passaic Board of Education.

5.  On January 2, 2008, plaintiff in the course of her employment in the cafeteria at the City of Passaic School No 9, located on First Street, in Passaic, New Jersey.

6.  At the time and place aforesaid, plaintiff was in the process of cleaning the aforesaid slicing machine, model no., bearing serial no. which required her to "swing up" or lift a portion of the slicer to complete the cleaning process.

7.  As plaintiff was cleaning under the raised part of the slicer, the raised portion fell to the lowered position, striking plaintiff's arm and hand, which caused a sudden and severe pulling motion on her shoulder, and which caused her to suffer injury..

8.  At all times relevant hereto, the defendants' slicing machine was not reasonably fit, suitable and safe for its intended or reasonably foreseeable purposes and uses.

9.  At all times relevant hereto, the defendants' slicing machine: 1) was defectively designed; 2) was defective because it contained a manufacturing defect; and/or 3) was defective because it failed to contain adequate or proper warnings sufficient to apprise plaintiff of the dangers and hazards associated with the proper use and/or reasonably foreseeable uses of the slicing machine.

10. Defendants violated the provisions of the New Jersey Products Liability Act, N.J.S.A. 2A:58C-1 et seq., and are strictly liable to the plaintiff in tort.

11. As a direct and proximate result of the defendants' conduct as aforesaid, plaintiff Carmen Fortuna was caused to suffer serious personal injuries, injuries which are permanent in nature, injuries to parts of her body which will not heal despite further medical care or intervention, great pain and suffering, pain and permanent disability, and plaintiff has undergone surgery and

2

incurred diverse expenses for hospital and medical treatment and has been prevented from attending to her occupation and lawful affairs; and, plaintiff Carmen Fortuna has and will in the future continue to suffer from serious personal injuries, injuries which are permanent in nature, injuries to body parts that will not heel to function normally despite further medical care and treatment, great pain and suffering, pain and permanent disability, and plaintiff has and will in the future incur diverse expenses for hospital and medical treatment, and has and will in the future be prevented from attending to her occupation and lawful affairs.

**WHEREFORE**, plaintiff Carmen Fortuna hereby demands judgment on the First Count against defendants Hobart Corp. and ABC Corp (1-10) said name ABC Corp. (1-10) being fictitious, for damages, interest, counsel fees and costs of suit.

### SECOND COUNT

12. Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 11 as if same were more fully set forth at length herein.

13. At all times relevant hereto, defendant John Does (1-10), said name John Does (1-10) being fictitious, was a person, corporation, limited liability company, partnership or other business entity which performed service work, repairs, maintenance and/or inspections to the aforesaid slicing machine on or prior to January 2, 2008.

14. At all times relevant hereto, defendant John Does (1-10), said name John Does (1-10) being fictitious, owed a duty of reasonable care to the plaintiff, to perform the service work, repairs, maintenance and/or inspections properly.

15. At the time and place aforesaid, defendant John Does (1-10), said name John Does (1-10) being fictitious, negligently and carelessly performed the service work, repairs, maintenance and/or inspections to the aforesaid slicing machine, which caused the supports or mechanism which held up the raised portion of slicer during cleaning, to fail and to cause the machine to fall and strike the plaintiff.

16. At the time and place aforesaid, defendant John Does (1-10), said name John Does (1-10) being fictitious, breached its duty of care which was due and owing to the plaintiff.

3

17. As a direct and proximate result of the defendant's negligence as aforesaid, plaintiff Carmen Fortuna was caused to suffer serious personal injuries, injuries which are permanent in nature, injuries to parts of her body which will not heal despite further medical care or intervention, great pain and suffering, pain and permanent disability, and plaintiff has undergone surgery and incurred diverse expenses for hospital and medical treatment and has been prevented from attending her occupation and lawful affairs; and, plaintiff Carmen Fortuna has and will in the future continue to suffer from serious personal injuries, injuries which are permanent in nature, injuries to body parts that will not heel to function normally despite further medical care and treatment, great pain and suffering, pain and permanent disability, and plaintiff has and will in the future incur diverse expenses for hospital and medical treatment, and has and will in the future be prevented from attending to her occupation and lawful affairs.

**WHEREFORE**, plaintiff Carmen Fortuna hereby demands judgment on the Second Count against defendant John Does (1-10), said name John Does (1-10) being fictitious, for damages, interest, counsel fees and costs of suit.

### JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues.

### DEMAND FOR ANSWERS TO FORM C AND C(4) INTERROGATORIES

Plaintiff hereby demands that defendant serve certified answers to Form C and C(4) Interrogatories within the time prescribed by the Rules of Court.

### DESIGNATION OF TRIAL COUNSEL

Scott K. Seelagy, Esq. is hereby designated as Trial Counsel pursuant to Rule 4:25-4.

SCOTT K. SEELAGY, ESQ.

BY: _____
Scott K. Seelagy

Dated: December 28, 2009

4

## CERTIFICATION

I HEREBY CERTIFY that, to the best of my knowledge, the subject matter of the cause of action herein is not the subject of any other action pending in any court or of any pending arbitration proceeding and that no other court proceedings or arbitration proceedings are contemplated and that no other parties need be joined.

BY: _____
Scott K. Seelagy

Dated: December 28, 2009

5

Case 2:10-cv-04096-DRD-MAS Document 1-6 Filed 08/10/10 Page 13 of 18 PageID: 103

Appendix XII-B1

# CIVIL CASE INFORMATION STATEMENT
(CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under Rule 4:5-1
Pleading will be rejected for filing, under Rule 1:5-6(c),
if information above the black bar is not completed or
if attorney's signature is not affixed.



**RECEIVED** JUL 1 2 2010

**FOR USE BY CLERK'S OFFICE ONLY**
PAYMENT TYPE: ☐CK ☐CG ☐CA
CHG/CK NO.
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

| | | |
|---|---|---|
| ATTORNEY/PRO SE NAME: Scott K. Seelagy | TELEPHONE NUMBER: (973) 726-0059 | COUNTY OF VENUE: Passaic |
| FIRM NAME (If applicable): Scott K. Seelagy, Esq. | | DOCKET NUMBER (When available): |
| OFFICE ADDRESS: 1 Sir Arthurs Court, Sparta, NJ 07871 | | DOCUMENT TYPE: Complaint |
| | | JURY DEMAND ☒ YES ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| Plaintiff Carmen Fortuna | Carmen Fortuna v. Hobart Corp., et als. |

| CASE TYPE NUMBER (See reverse side for listing): 605 | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ☒ NO |
|---|---|
| | IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING? ☐ YES ☒ NO | IF YES, LIST DOCKET NUMBERS |
|---|---|
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? ☐ YES ☒ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY, IF KNOWN ☐ NONE ☒ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? ☐ YES ☒ NO | IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER-EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain) ☐ FAMILIAL ☐ BUSINESS |
|---|---|
| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ☒ NO | |

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION:

None at this time.

**RECEIVED and FILED**
SUPERIOR COURT OF NEW JERSEY
DEC 2 9 2009
PASSAIC COUNTY

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? ☐ YES ☒ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION: |
|---|---|
| WILL AN INTERPRETER BE NEEDED? ☒ YES ☐ NO | IF YES, FOR WHAT LANGUAGE: Spanish |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

ATTORNEY SIGNATURE: *[signature]*

Revised Effective 9/2009, CN 10517




**SIDE 2**

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under Rule 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I — 150 days' discovery**
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (SUMMARY ACTION)
- 999 OTHER (Briefly describe nature of action)

**Track II — 300 days' discovery**
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603 AUTO NEGLIGENCE – PERSONAL INJURY
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE – PROPERTY DAMAGE
- 699 TORT – OTHER

**Track III — 450 days' discovery**
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES
- 620 FALSE CLAIMS ACT

**Track IV — Active Case Management by Individual Judge / 450 days' discovery**
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

**Centrally Managed Litigation (Track IV)**
- 280 Zelnorm
- 285 Stryker Trident Hip Implants

**Mass Tort (Track IV)**
- 248 CIBA GEIGY
- 266 HORMONE REPLACEMENT THERAPY (HRT)
- 271 ACCUTANE
- 272 BEXTRA/CELEBREX
- 274 RISPERDAL/SEROQUEL/ZYPREXA
- 275 ORTHO EVRA
- 277 MAHWAH TOXIC DUMP SITE
- 278 ZOMETA/AREDIA
- 279 GADOLINIUM
- 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282 FOSAMAX
- 283 DIGITEK
- 284 NUVARING
- 286 LEVAQUIN
- 601 ASBESTOS
- 619 VIOXX

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."
Please check off each applicable category:
☐ Verbal Threshold    ☐ Putative Class Action    ☐ Title 59

Revised Effective 9/2009, CN 10517

**SCOTT K. SEELAGY**
ATTORNEY AT LAW
P.O. BOX 1526
1 SIR ARTHUR'S COURT
SPARTA, NEW JERSEY 07871

RECEIVED
JUL 1 2 2010

MEMBER OF THE BARS OF THE
STATES OF NJ AND NY

TEL. (973) 726-0059
FAX. (973) 726-0139

e-mail: seelagy@earthlink.net

July 7, 2010

Via Certified Mail RRR and Regular Mail

Attn: General Counsel or President
Hobart Corp.
71 South Ridge Avenue
Troy, OH 45374

  Re: *Carmen Fortuna v. Hobart Corp.*
    Docket No.: PAS-L-100-10

Dear Sir/Madam:

  Please be advised that I represent plaintiff Carmen Fortuna in connection with the above matter. Pursuant to the New Jersey Rules of Court, enclosed please find an original and one copy of a Summons each attached to copies of the filed Complaint, which are hereby served upon defendant Hobart Corp. As is set forth in the enclosed Summons, Hobart Corp. has 35 days from the date hereof the file an Answer to the Complaint with the Deputy Clerk of the Superior Court, Passaic County Court House, 77 Hamilton St., Paterson, NJ 07505.

  In the event that Hobart Corp. fails to file an Answer within 35 days, plaintiff may move for the entry of default, and thereafter final judgment by default. Should you wish to discuss the matter, please contact me.

  Your attention to this matter is appreciated.

Very truly yours,

*[signature]*
SCOTT K. SEELAGY

SKS:ss
cc: Ms. Carmen Fortuna
[c:\fortuna.carmen\hobart.1]

SCOTT K. SEELAGY, ESQ.
ATTORNEY AT LAW
1 SIR ARTHURS COURT
P.O. BOX 526
SPARTA, NEW JERSEY 07871

Attn: General Counsel or President
Hobart Corp.
71 South Ridge Avenue
Troy, OH 45374



U.S. POSTAGE PAID
SPARTA, NJ 07871
JUL 07 '10
AMOUNT
$1.56
00075647-07

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Removal was served by regular mail this 10th day of August, 2010, on:

Scott K. Seelagy, Esq.
1 Sir Arthurs Court
Sparta, NJ 07871

*Attorney for Plaintiff*

_____
One of the Attorneys for Defendant ITW
Food Equipment Group LLC